AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ROBERT KELSEY aka TAIWAN KELLSI<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/25/2014__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Defendant did knowingly transport an individual under the age of 18 in interstate commerce or in any commonwealth, territory or possession of the United States, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
Complainant's signature

NICHOLAS OLIVER, INVESTIGATOR
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/29/2015

_____
Judge's signature

City and state: Washington, D.C.

Deborah A. Robinson, Magistrate Judge
Printed name and title