**FILED**

NOV 23 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 15-MJ-0272 |
| | : | |
| v. | : | |
| | : | |
| ROBERT KELSEY, | : | DETENTION HEARING: Nov. 18, 2015 |
| Defendant. | : | |

## ORDER

Having considered the government's motion for an Order requiring that the defendant, Robert Kelsey, submit to the taking of a buccal swab/saliva samples from his person by officers or designees from the Metropolitan Police Department, it is by the Court:

ORDERED, that the defendant, Robert Kelsey, submit to the taking of such samples from his person, and that such samples be turned over to the appropriate member(s) of the Metropolitan Police Department.

SO ORDERED.

Dated: 11-23-2015

ALAN KAY
United States Magistrate Judge