UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 16 cr 0055 RBW |
| v. | : |
| ROBERT KELSEY | : Sentencing:  December 19, 2016 |

<u>DEFENDANT'S CORRECTION TO MEMORANDUM IN AID OF SENTENCING</u>

Defendant, through counsel, submits the following correction to his Memorandum in Aid of Sentencing (CM/ECF Doc # 44):

- Page 2 of 6, paragraph 4(d) has been corrected.  *See* attached.

Respectfully submitted,

/s/_____
Christopher M. Davis #385582

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202-234-7300

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of this Motion was served upon all counsel of record via the Court's CM/ECF Service on this 17th day of December, 2016.

/s/_____
Christopher M. Davis