UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

UNITED STATES OF AMERICA       :  Criminal No. 16 cr 0055 RBW

       v.                                          :

ROBERT KELSEY                          :  Sentencing:  December 19, 2016

DEFENDANT'S SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING

Defendant, through counsel, submits the following supplement to his

Memorandum in Aid of Sentencing (CM/ECF Doc # 44):

- Character Letter.  *See* attached.

Respectfully submitted,

/s/_____
Christopher M. Davis #385582

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202-234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all counsel
of record via the Court's CM/ECF Service on this 17th day of December, 2016.

/s/_____
Christopher M. Davis