To whom it may concern,

I'm writing this impact letter in regards to Robert D. Kelsey, just to explain his character a bit more, first and for most the intentions of this letter is not to make excuses for Robert, but to let you (the judge) and the court know that Roberts charges does not reflect his character. I've known Robert for almost a decade I'm also the mother of his son and I've never got a bad vibe from Robert even after we separated our personal lives, and co parented our child, not only was Robert present in our child life but also played a fatherly roll in my oldest sons life. Robert has always remained a great parent and an even better friend. This whole ordeal has not only affected Roberts life or his parents and relatives life. It has put a traumatic strain on his sons life. Robert wasn't present for his sons first steps, words or birthday. and will also be missing his second. Although Robert is away physically he's always an active parent through phone calls or visitations. I've watched Robert work so hard to become the man he is, he's always withheld a good job and has always been a provider. He's always helped out around the house he didn't mind having his kids with him and he also helped out his family members when he was asked to. I felt like it was my duty to further explain Roberts life because it was made to seem as if he was some sort of monster when I know and everybody who knew Robert personally knows that he is really a caring positive person whom got in a bad situation. Again this letter isn't to make any excuses for Robert but to give you some sort of an idea how genuine his soul is. I know that there will be some light for him at the end of this tunnel because he's done to much good in his life. I foresee this letter changing the image that has been painted of Robert and showing the positive, loving, caring great father/man he is.

Jazzmyn Savage