UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KELSEY | |
| MOVANT | NO. CR 16-55 —RBW |
| V. | |
| UNITED STATES OF AMERICA | MOTION FOR RETURN |
| RESPONDENT | OF SEIZED PROPERTY |
| | AND FOR SUPPRESSION |
| | OF EVIDENCE |

RELIEF SOUGHT

NOW COMES, Robert Kelsey [MOVANT], moves this honorable court for an order that certain property seized from him be returned to him and that this property be suppressed as evidence against him in any further criminal proceeding that might be brought.

GROUNDS FOR RELIEF

As lawful possession of any claimed property must be established by preponderance of evidence, MOVANT asserts that he is the lawful owner of the seized Apple IPhone 6 cell phone with gold phone case, phone number 202-257-5159, identified in EXHIBIT A. This property was seized from the MOVANT on May 1st, 2015 at approximately 4:00 PM at the premises known as Tenleytown Trash Company located in the northwestern area in the district of Washington D.C. The seizure of the IPhone 6

cell phone was incidental to a lawful arrest, and "it is well established that, following a lawful arrest, officers are permitted to search 'the arrestee's person and the area within his immediate control'", United States v. Lieu, US Dist LEXIS 21017 (D.C. 2018), however, the seizure of the IPhone 6 cell phone was against the MOVANT'S will, without a search warrant and without probable cause to believe that any crime was being or had been committed within the IPhone 6 cell phone.

Pursuant to Riley v. California, 134 S. Ct. 2473, 2486 (2014) and the exclusionary rule adopted by the courts of the United States to protect the Fourth Amendment rights of the MOVANT and persons similarly situated, the MOVANT is entitled to have the IPhone 6 cell phone that was seized suppressed as evidence against him in any potential future criminal prosecution according to the procedures set out in Federal Rules of Criminal Procedure 12(b)(3)(C) and 41(h). Furthermore, because the defendant is entitled to lawful possession of the seized IPhone 6 cell phone, and because the government has no legitimate need for this property once its use as evidence against the defendant is either suppressed, or as in the instant case was never sought, the IPhone 6 cell phone should be returned to the MOVANT according to the procedures specified in Rule 41(g) of the Federal Rules of Criminal Procedure, "A person aggrieved by an unlawful search and seizure of property or by the deprivation of property may move for the property's return."

Date: _2-21-2019_

By: /s/ Robert Kelsey

Robert Kelsey

# 40374-007

USP Tucson

P.O. Box 24550

Tucson, AZ 85734

 Gmail

Robert kelsey <rdk0505@gmail.com>

## Thank you for your recent visit
2 messages

**AT&T** <att-services.cn.59543195@emaildl.att-mail.com>  Sun, Feb 3, 2019 at 5:22 PM
To: rdk0505@gmail.com

myAT&T Account | Support



Hello ROBERT KELSEY,

Thank you for visiting CHINATOWN STORE in Washington, DC.

**Store Information**
Sales Rep: Ronald Branch
785 7th Street NW, AT&T Store, Washington, DC 20001
(202) 737-0233

**ROBERT KELSEY 202-257-5159**
02/22/2015

| Item ID | Description | Extended Price |
|---|---|---|
| 6637A | PHO APL IPHONE 6 128GB<br>SER NO. 356990064056262<br>1 @ $849.99 | $849.99 |
| 4131D | SCP MSH IVSR IPHONE6 B<br>1 @ $25.00 | $25.00 |
| 4769C | CAS BGL SATINGEL IPHON<br>1 @ $20.00 | $20.00 |
|  | ADDED 30 Months | $0.00 |
|  | CHANGED SIM: 89014103277828310511<br>CHANGED IMEI: 356990064056262 | $0.00 |
|  | ADDED SDFVIL54 |  |
|  | ADDED Mobile Ins Premium |  |
|  | ADDED MPP Enhanced Support |  |
|  | UPGRADE OVERRIDE | $0.00 |
|  | ACCOUNT NOTE 202-257-5159 | $0.00 |

| Subtotal | $894.99 |
|---|---|
| Tax | $50.94 |
| **Total Amount Paid** | **$945.93** |

**Moving Soon?**
Stay connected with AT&T. Visit us online at att.com/move.

### AT&T Online Services
Save time with AT&T Online Services.
▸Learn about myAT&T

| Update your email address | Protect yourself from fraudulent emails | Contact Us |

**PLEASE DO NOT REPLY TO THIS MESSAGE**
All replies are automatically deleted. For questions regarding this message, refer to the contact information listed above.

©2019 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.
Privacy Policy
Legal Policy Center

CORD_C005EH

---

**Robert kelsey** <rdk0505@gmail.com>  Thu, Feb 7, 2019 at 11:17 AM
To: rdkelsey@wmata.com

[Quoted text hidden]

Receipt Number:
XW1801TF8R79S



**Manage your account anytime, anywhere.**

**Download the app** from your phone or tablet, or **text myATT to 556699**. We'll send a link to download the app.*
*Compatible device required. Data rates may apply.

---

**Transaction ID: XW1801TF8R79S**

**EQUIPMENT RETURN POLICY**

- Need help with a return? Go to att.com/returnpolicy for our full return policy.

- Learn about our manufacture warranty at att.com/warranty.

- All warranty related concerns for Apple equipment, including those in the first 14 day return period, are supported by Apple. Go to apple.com/support for more information.

---

CASHIER: RONALD B
02/22/2015 18:00:16

        Thanks for choosing us! We are here
        for you 24 x 7 at att.com/support.

        Thank for choosing us!
        We are here for you 24 x 7 at
        att.com/support.

---

Thank you,
**AT&T**
att.com

## Contact Us
AT&T Support - quick & easy support is available 24/7.



---

## Online Information

AT&T Community

Auto Pay

Paperless Billing

AT&T Device Tutorial