UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 16-55 (RBW) |
| v. : | |
| : | |
| ROBERT KELSEY, : | |
| Defendant : | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF SEIZED PROPERTY AND FOR SUPPRESSION OF EVIDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its response to Defendant's Motion for Return of Seized Property and For Suppression of Evidence, in which defendant requests that the Court order the release of defendant's Apple iPhone, and suppress as evidence against him the contents of the phone in any future criminal proceedings that might be brought. As explained below, the government does not object to releasing defendant's Apple iPhone. Defendant's motion therefore should be denied as moot.

### BACKGROUND

On May 1, 2015, defendant was arrested and charged by complaint with one count of coercion or enticement of a minor (18 U.S.C. § 2423(a)). In a search incident to arrest, members of the Metropolitan Police Department recovered and seized two cell phones, one being an Apple iPhone.

On August 29, 2016, a jury convicted defendant of one count of coercion or enticement of a minor (18 U.S.C. § 2423(a)) (Count 1), one count of aggravated sexual assault (18 U.S.C. § 2241(c)) (Count 2), and one count of sexual abuse in the first degree (D.C. Code § 22-3008, 3020(a)(1) (2001 ed.)) (Count 3). At trial, the government did not admit into evidence the contents of either of defendant's cell phones.

On December 19, 2016, this Court sentenced defendant to a 600 month period of imprisonment and a supervised release period of life (Count 1); a 30 year period of imprisonment and a supervised release period of life (Count 2); and a 260 month period of imprisonment and a supervised release period of five years (Count 3).  The Court ran all three sentences concurrent.

On March 9, 2019, defendant filed the instant motion in which he requests that the Court order the government to return defendant's Apple iPhone, and suppress any evidence recovered from the iPhone in future proceedings.  Subsequently, the Court ordered the government to respond

## RESPONSE

The undersigned has contacted the Office of Evidence Control at the Metropolitan Police Department, who informed the undersigned that they have in their possession defendant's iPhone. Upon review of this matter, and after consultation with the trial prosecutors, the government does not object to releasing defendant's phone.  Since defendant's projected release date from the Bureau of Prisons is 2058, and the property must be collected in person, defendant should provide the name of a friend or family member to whom the government can release the property.[1]

---

[1] As discussed herein, defendant's motion is moot to the extent that it seeks the return of his iPhone. To the extent that defendant seeks a ruling that the contents of his iPhone must be suppressed, the Court should decline to rule on that request. It is not appropriate to litigate the admissibility of potentially relevant evidence related to charges that might be brought in the future in a different case.  Rather, it would be appropriate to litigate the admissibility of such evidence in those future proceedings, if such proceedings occur.

## **CONCLUSION**

For the foregoing reasons, defendant's motion for return of property should be denied as moot.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar Number 472-845

MARGARET J. CHRISS
Assistant United States Attorney
Chief, Special Proceedings Division
D.C. Bar Number 452-403

/s/ Michael Christin
Michael Christin
Assistant United States Attorney
Special Proceedings Division
D.C. Bar Number 1003-481
555 4th Street, N.W.
Washington, D.C.  20530
202/252-7754
Michael.Christin@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 28, 2019, I caused a copy of the foregoing response to defendant's pro se motion for release of property, to be served by U.S. Mail, postage pre-paid, on defendant Robert Kelsey:

    Robert Kelsey (#40374-007)
    USP Tucson
    U.S. Penitentiary
    P.O. Box 24550
    Tucson, AZ 85734

                                          /s/ Michael Christin
                                          MICHAEL J. CHRISTIN
                                          Assistant United States Attorney