*Perm. to file is granted.*
*Judge Walton*
*4/15/20   3-17-2020*

United States District Court
For The District of Columbia

Robert Kelsey (Movant)                                        NO. CR 16-55

V.

United States of America (Respondant)

**FILED**
APR 15 2020
Clerk, U.S. District and
Bankruptcy Courts

## Motion For Return of Seized Property

### Relief Sought

Now comes, Robert Kelsey (movant), moves this honorable court for an order that certain property seized from him be returned to him. Mr. Kelsey power of attorney is his father, who is also named Robert Kelsey. Mr. Kelsey can be reached Mon-Friday after 2:30 pm @ 202-320-0209.

### Grounds For Relief

As lawful possession of any claimed property must be established by preponderance of evidence, movant asserts that he is the lawful owner of the seized Samsung Smartphone. This property was seized from movant on May 1st, 2015 at approximately 4:00 pm at the premises known as Tenleytown Trash Company, located in the northwestern area in Washington, DC. The seizure of the cell phone was incident to a lawful arrest. However, the seizure of the cell phone was against the movant's will, without a search warrant and without probable cause to believe that any crime was being or had been committed within the cell phone. Furthermore, because the government has no legitimate need for this property, and because the movant is entitled to lawful possession of the seized cell phone, the cell phone should be returned to the movant according to the procedures specified in rule 41(g) of the Federal Rules of Criminal Procedure.

26 2020

Robert Kelsey
40374-007

3-17-2020

Judge Reggie Walton,

Your Honor my name is Robert Kelsey. I got sentenced in front of you December 2016. I'm currently preparing my 2255 habeas corpus relief. I have a few issues to raise before you right now regarding my relief. First, I filed my second motion for return of seized property and dated it 12-2-2019. That was referring to my second cell phone confiscated during my arrest. You stated in the response to my motion for the first phone that I had to file a separate motion for each item confiscated. I haven't received a response from you regarding my second return of seized property motion. I've enclosed a copy of that motion with this letter. Another issue I would like to discuss is that my Attorney, Mr. Davis, whom represented me during my trial, has failed to turn over to me the DC Police reports in regard to my case. My alibi witness, _____, gave him a signed affidavit which I didn't receive as well. My last issue has to deal with the deadline date for my 2255. I've asked Ms Davis, who represented me on appeal, for the deadline to which I never received. Can you please let me know the date that I have to turn my appeal in by? As you're well aware of right now we're all dealing with the effects from COVID-19. At this institution we're on a modified schedule until 4-13-20. As part of the modified schedule I have limited access to the law library. I would greatly appreciate if you're able to give me a deadline date for my 2255 and if you could compel my former attorney Mr. Davis to send me my DC police reports and my alibi witness statement.

Respectfully Submitted
*Robert Kelsey*
Robert Kelsey