# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 16-55 (RBW) |
| | ) | |
| ROBERT KELSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 15, 2020, the defendant, Robert Kelsey, proceeding pro se, filed his Motion for Return of Seized Property ("Def.'s Mot."), alleging, inter alia, that the government has not returned to him a Samsung smartphone that was seized incident to a lawful arrest. See Def.'s Mot. at 1. On May 6, 2020, the Court held the motion "in abeyance to the extent that it seeks the release of the defendant's Samsung smartphone, to allow the government adequate time to respond to the request." Order at 2–3 (May 6, 2020), ECF No. 90.

Thereafter, on May 26, 2020, the government filed the United States' Notice of Filing ("Gov't's Not."), representing that it

> conferred with [the] [Metropolitan Police Department ("MPD")] and determined that [the] MPD had in its custody an AT&T cell phone (not a Samsung cell phone) that was seized in connection with this case. Despite the discrepancy with respect to the brand name of the cell phone, the [government] completed the necessary paperwork for return of the defendant's AT&T cell phone, sent the paperwork to [the] MPD, and informed the defendant's father that he can retrieve the defendant's AT&T cell phone from the MPD Property Control Branch. On May 19, 2020, [the] MPD released the defendant's AT&T cell phone to the defendant's father, who has since informed the defendant that he has the cell phone.

Gov't's Not. ¶ 3. Accordingly, it is hereby

**ORDERED** that the defendant's Motion for Return of Seized Property, ECF No. 86, is **DENIED AS MOOT** to the extent that it seeks the release of a Samsung smartphone to the defendant's father. It is further

**ORDERED** that the briefing schedule on the defendant's request for release of a Samsung smartphone raised in his motion is **VACATED**. It is

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the defendant's address on record.

**SO ORDERED** this 28th day of May, 2020.

REGGIE B. WALTON<br>
United States District Judge