UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 16-55 (RBW) |
| | ) | |
| ROBERT KELSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In order to ensure the expeditious resolution of the defendant's Motion to Extend Deadline to File for Habeas Corpus Relief, it is hereby

**ORDERED** that, on or before March 5, 2021, the government shall respond to the defendant's motion, addressing, <u>inter alia</u>, whether equitable tolling of the statute of limitations under 28 U.S.C. 2255(f) is warranted because (1) the defendant "was never informed nor made aware of [the] deadline to file for relief by neither former counsel[;]" (2) "[i]t took [the defendant] over two years and lengthy legal filings to receive [his] case file in order to prepare to file for habeas corpus relief[;]" or (3) "the institution where the [defendant] is currently being housed has been on a modified operation schedule [due to the COVID-19 pandemic] since [March 31, 2020]" and he "is [not] allowed access to the law library."  It is further

**ORDERED** that, on or before March 19, 2021, the defendant shall file his reply, if any, in support of his motion.  It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the defendant's address on record.

**ORDERED** this 11th day of February, 2021.

_____
REGGIE B. WALTON
United States District Court Judge