

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 16-55 (RBW) |
| | ) |
| ROBERT KELSEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of the United States' Motion for Extension of Time to File Its Response to the Defendant's Pro Se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, ECF No. 108, it is hereby

**ORDERED** that the United States' Motion for Extension of Time to File Its Response to the Defendant's Pro Se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, ECF No. 108, is **GRANTED**. It is further

**ORDERED** that, on or before August 5, 2022, the government shall file its opposition to the defendant's § 2255 motion, including, if necessary, any supplement to the government's arguments regarding the timeliness of the defendant's motion. It is further

**ORDERED** that, on or before September 2, 2022, the defendant shall file his reply, if any, in support of his § 2255 motion. It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the defendant's address on record.

**SO ORDERED** this 1st day of June, 2022.

_____
REGGIE B. WALTON
United States District Judge