UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 16-55 (RBW) |
| ) | |
| ROBERT KELSEY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Due to a change in the Court's calendar, it is hereby

**ORDERED** that the hearing on the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 106, which is currently scheduled for June 8, 2023, is **CONTINUED** to August 15, 2023, at 10:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that the Clerk of the Court shall forthwith mail a copy of this Order to the defendant's address on record.

**SO ORDERED** this 31st day of May, 2023.

_____
REGGIE B. WALTON
United States District Judge